## Gina Granlie and Lillian Granlie, Appellees, v. Ladislav Valha, Appellant.

### Gen. No. 41,724.

Heard in second division, first district, this court at June term, 1941; opinion filed November 28, 1941. A. H. Brown, for appellant; George M. Schatz, for appellees. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."